Ignorance Is No Excuse Book    Trust/trustee#99-6093762 [U.S. Land Grant 923]

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 11 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Protection of Rights and Immunities

Priority Exempt from Levy

The Constitution Shall Be The Supreme Law Of The Land    **1 18-CV-3320**

Article VI

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

## NOTICE AND WARNING

Whoever violates the "immunity" of a foreign nation-state may be criminally sanctioned in accordance with 'LLS Public Law 92-539 [1978] and Public Law 94-467 [1980]; Title 18 U.S.C. 112, 578, 970, 1201, and 1116, as Minister/Nobles are entitled to *all immunities* of the state. Public Minister/Noble: **AKAXSHA BEY** declares "neutral in intinere" status, as non-resident alien, while temporarily residing within the "United States" and/or any of the fifty Republic States, effectively invoking the protections under International Law as against the "war powers" administered by the United States Department of State.

On October 5, 1961, the year the Convention of the Hague entered into force on behalf of the United States of America, the United States land its fifty Republic States] agreed to mutually recognize each other's 'public documents' so long as such documents are authenticated by an APOSTILLE [33 U.S T 883; T.I.A.S. 10072; 527 U.N.T.S.1891  *United States District court*

An Affidavit of Fact and Notice Demanding Clarification of Jurisdiction *for*

*northern District of Georgia*

## LEGAL NOTICE OF REMOVAL

**FROM FULTON COUNTY MAGISTRATE COURT TO** *United states District* ~~County~~ Court *for the northern District of Georgia*

Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

*Plaintiff/petitioner* special appearance *Defendant/Responder*
*ahmal sherek:coaxum*
*(Akaxsha Ali El Bey)* and counter suit    *Cardinal Group Management Westmar Loft LLC Fulton County marshals Court Professional Process Server Dcau Dwards*

Akaxsha Ali El Bey Ex ahmal-sherek:coaxum
, Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
**Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS**
Georgia Territory
[c/o 800 West Marietta Street N. W]
[Atlanta, Georgia[30318]]
Northwest Amexem

1

Ignorance Is No Excuse Book          Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

```
              Petitioner  )    NOTICE OF LACK OF JURISDICTION
Plaintiff                 )
                          )            AND
                          )
v.                        )    DEMAND FOR HEARING
                          )
                          )       TO ORDER PROOF
Defendant/Respondents     )
                          )     OF JURISDICTION
                          )
```

v.
Cardinal Group Management
Westmar Student Lofts LLC
FULTON COUNTY MAGISTRATE COURT
Professional Process Server Dane dwards
**Respondents / Defendants**


## This Is An International Violation Against The Aboriginal Indigenous People of North America by the Corporate UNITED STATES OF AMERICA enclave THE STATE OF GEORGIA, it agencies/agents

**Ref: case Number: 18ED078443**


The defendant moves this court to dismiss the charge related to the above reference case number for the above said and the following:

1. Jurisdiction

a. **Akaxsha Ali : Bey**, a natural person, tribe of Washitaw Moors (heretofore referred to as Defendant) is not subject to any admiralty maritime contract. Defendant has reserved his rights under UCC 1-308 (see citation#**18ED078443** ), Furthermore, USC Title 15 Chap I sec, 1 7 "The labor of a human being is not a commodity or article of commerce. Wherefore no court can proceed in REM against a human being.

**Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141**


b. Only federal courts have constitutional jurisdiction in admiralty and maritime proceedings. See Judiciary Act of 1789 and Article III of the Constitution for the United States, 1789


2. **There is no existing Contract**

2

Ignorance Is No Excuse Book         Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

a.      Plaintiff has not and cannot provide evidence of any contract that the defendant is in breach of, or any proof of ratification of commencement.

b.      Defendant is not a commercial entity, artificial person or subject to the Uniform Commercial Code.

c.      Defendant reserves the right not to be compelled to perform under any contract or commercial agreement. Furthermore, Defendants does not accept any implied liability of an unrevealed contract or commercial agreement.

4. **No legal proceeding can commence in the commission of a crime**

a.      Because no contract exists, the charging citation is a fraudulent document and subject to rescission. See (UCC 3-202) Negotiation Subject to Rescission: Negotiation is effective even if it is obtained (1) from an infant, a corporation exceeding it powers, or a person without capacity, (11) by fraud, duress, or mistake, or (III) in breach of duty or as part of an illegal transaction.

b.      Furthermore, the Plaintiff and its agents started this action in the commission of crimes and is in violation of the following laws and has caused injury as valued:

1. **Fraud and False Statements** -Title 18 part I Chap. 47 sec. 1 001 wherefore injury as valued by USC Title 1 8 Part II Chap. 227 Sub chap c sec. 357 1 **$500,000.00**

2. **Deprivations of rights under color of law!** -USC Title 18 Part I Chap. 13 sec. 242 wherefore injury as valued by I-JSC Title J 8 Part II Chap. 227 sub Chap C sec. 3571 **$500,000.00**

3. **Conspiracy against Defendants rights** - USC Title L 8 Part I Chap. 13 sec. 241 wherefore injury as valued by USC Title 18 Part TI Chap. 227 sub Chap C sec. 3571 **$500,000.00**

**Request**

Plaintiff is hereby requesting copies of Presiding Fulton County Magistrate Judge who is assigned to # 18ED078443 Fulton County Prosecuting Attorney, Fulton County Clerk- Oath of Office, Statement of Elected Officer, Anti Bribery Statement, and Foreign Agent Registration 1938,

**Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141**

**Notice of Intent**

Plaintiff is hereby given notice Of intent to Seek, Commence, Secure, Lien, and recover in toto, remedy for all injury and damages and to criminally prosecute all those responsible under all applicable provisions and mandates of the Ordained Constitution for the Union of Several States of the United States of America, 1789, and Laws made in pursuance thereof.

3

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

Ignorance Is No Excuse Book               Trust/trustee#99-6093762 [U.S. Land Grant 923]

                                          Protection of Rights and Immunities

                                          Priority Exempt from Levy

**Relief Sought-** Ref: case Number: 18ED078443

Wherefore, I. Akaxsha Ali Bey, a natural person, human being Of flesh and blood rightfully and respectfully move the court to dismiss the fraudulent charge associated with the referenced case number above in said action.

All parties Of interest are to send all future correspondences in C/O the Clearly designated numbers placed on the mail-box indicated at the geographical location listed herein, via United States Mail. All correspondences sent otherwise will not satisfy 'Proper Service' and will be deemed contrary to proper communications. I am sure that all lawful parties are interested in Rebutting and Refuting Fraud and seeking to correct the commonly used methods of 'Malfeasance' and 'Mail fraud' by which such unconstitutional acts have been commonly committed through 'Misrepresentations' and by callous acts of 'Misprision of Treason' and 'Secrete'.

## WASHITAW DECLARATION OF LAND GRANT NO. 923

From: THE GRANTOR    To:
President of the United States of America
C/o le' Congress, Session 2, February 10, 1817 United States of America "and Perpetual Union" Washington, District of Columbia
[Via: u.s.A. postal zone 20223]

THE GRANTEE
Marquis de Maison RougeiBaron Bastrop do Secured Party, American-National Indigenous -Nationals, U.N. #215 Chicago, Illinois [Washitaw-Provincel 'Via: u.s.A. postal zone 60302-9998]

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**   Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

**The United States Republic Constitution Article I, Section X, Clause I** - No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. United States Republic Constitution, Original 13th Article of the Bill of Rights Section 12 The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; **and the descendants of Africans shall not be citizens.**

## Venue

Original Jurisdiction **Fulton County Magistrate** Court Georgia

## Plaintiff

Akaxsha Ali El Bey Ex ahmal-sherek:coaxum
, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (**http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

Ignorance Is No Excuse Book          Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

## Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## Defendants

Cardinal Group Management
Westmar Student Lofts LLC
FULTON COUNTY MAGISTRATE COURT
Professional Process Server Dane dwards

## Facts

In support of this petition I state for the record:

1. This matter is before the Court on Defendant Ahmal Coaxum's motion for leave to proceed in forma pauperis ("IFP") on his notice of removal of a state dispossessory action to this Court. [Doc. 1.1 After considering Coaxum's application, I GRANT the request to proceed IFP pursuant to 28 U.S.C. § 1915(a) for the limited purpose of remand. Because this Court does not have subject matter jurisdiction over the removal action, I further RECOMMEND that this case be
2. REMANDED to the Magistrate Court of Fulton County.
3. In the underlying dispossessory action, filed on May 31, 2018, Plaintiffs Cardinal Group Management and Westmar Student Lofts alleged that Defendants failed to pay past due rent, and demanded possession of the premises, approximately $2200 in past due rent and fees, and accruing rent. [Doc. 1-1 at 2122.] Coaxum does not allege a clear basis for jurisdiction in his rambling, 18-page notice of removal (nor does he do so elsewhere in his 157-pages of filings); however, he does assert that his constitutional rights were violated, and separately identifies diversity jurisdiction in his civil cover sheet. [See Doc. 1-1 at 1-18; Doc. 1-2 at 1.]
4. Generally, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States." 28 U.S.C. § 1441(a). Here, however, the underlying case is a state dispossessory action containing no federal claim. [Doc. 1-1 at 21-22.1 Thus, removal based on federal question jurisdiction under 28 U.S.C. § 1331 is improper. See Beneficial Nat'l Bank v. Anderson, 539 U.S. 1, 6 (2003) ("As a general rule, absent diversity jurisdiction, a case will not be removable if the complaint does not affirmatively allege a federal claim."); see also U.S. Bank Nat 'l Ass 'n v. Sanders, No. 1:13-cv—
2

6

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**  Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

5. 357-WSD, 2015 WL 1568803, *3 (N.D. Ga. Apr. 7, 2015). Even if Coaxum wishes to raise counterclaims based on violations of federal statutes or his constitutional rights, this Court may look only to the complaint itself to determine whether there is federal question jurisdiction over the action. See Anderson, 529 U.S. at 6.
6. Additionally, it is also clear to the Court that there is no diversity jurisdiction under 28 U.S.C. § 1332(a). Plaintiffs' dispossessory claim against Coaxum cannot be reduced to a monetary sum for purposes of satisfying the amount-in-controversy requirement in § 1332(a). See 28 U.S.C. § 1332(a); Citimortgage, Inc. v. Dhinoja, 705 F. Supp. 2d 1378, 1382 (N.D. Ga. 2010) (holding that only the plaintiffs claim may satiéfy the amount-in-controversy requirement, and an action seeking ejectment cannot be reduced to a monetary sum for purposes of determining the amount in controversy). Thus, the amount-in-controversy requirement in § 1332(a) is not met by Plaintiffs' demand for possession of the property and small amount of rents and fees. See 28 U.S.C. § 1332(a).
7. In sum, the Court GRANTS Coaxum's application for leave to proceed IFP for the limited purpose of remand. [Doc. 1.] Because it is clear that this Court lacks subject matter jurisdiction over the removal action, it is further

8. RECOMMENDED that the case be REMANDED to the Magistrate Court of Fulton County.
9. IT IS SO ORDERED AND RECOMMENDED this 27th day of June, 2018..
10. This case began as a dispossessory proceeding in the Magistrate Court of Fulton County, Georgia. Defendant Ahmal Coaxum, proceeding pro se, then removed this action to this Court on June 18, 2018. On June 27, 2018, the Magistrate Judge granted Defendant's request to proceed informa pauperis and recommended remanding this case to state court for lack of subject-matter jurisdiction. Dkt. No.    That recommendation will be accepted.
11. At any time following removal, a "district court may remand a case sua sponte. "I Corporate Mgmt. Advisorst Inc. v. Art,jen Complexust Inc., 561 F.3d
12. 1294, 1296 (11th Cir. 2009) (citing 28 U.S.C. § 1447(c)). The burden of

13. 1 For this reason, the Court need not wait until Defendant has had an opportunity to object to the Magistrate Judge's R&R to remand this case.
14. establishing federal jurisdiction rests with the removing party. Conn. State Dental Ass'n v. Anthem Health Plans, Inc., 591 F.3d 1337, 1343 (11th Cir. 2009). The existence of federal-question jurisdiction depends on the allegations in the complaint at the time of removal. Ehlen Floor Covering, Inc. v. Lamb, 660 F.3d
15. 1283, 1287 (11th Cir. 2011). And any doubts about the existence of federal jurisdiction will be resolved in favor of remand. Pacheco de Perez v. AT&T Co., 139 F.3d 1368, 1373 (11th Cir. 1998).
16. Defendants may remove a state-court action only where it "originally could have been filed in federal court." Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987). As a result, "absent diversity of citizenship, the only basis for removal is 'when a federal question is presented on the face of the plaintiffs properly

7

Non-Domestic Non-Subject I Non Resident Non Corporate

Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**          Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

pleaded complaint."' Lindley v. FDIC, 733 F.3d 1043, 1050 (11th Cir. 2013) (quoting Caterpillar, 482 U.S. at 392). This is known as the well-pleaded complaint rule. Rivet v. Regions Bank of La., 522 U.S. 470, 475 (1998). Federalquestion jurisdiction exists only where the case "arise[s] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Generally, "a case 'arises under' federal law if federal law creates the cause of action, or if a substantial disputed issue of federal law is a necessary element of a state law claim." Pacheco de Perez, 139 F.3d at 1373.2

17. The well-pleaded complaint rule renders "the plaintiff the master of the claim; he or she may avoid federal jurisdiction by exclusive reliance on state law.
18. Caterpillar, 482 U.S. at 391. This is true "even where a federal claim is also available." Dunlap v. G&L Holding Grp., Inc., 381 F.3d 1285, 1290 (11th Cir. 2004). Thus, when the complaint "allegers] only state law claims, there is no jurisdiction under the well-pleaded complaint rule." Conn. State Dental Ass'n, 591 F.3d at 1343. Yet an "independent corollary" to the well-pleaded complaint rule is that "a plaintiff may not defeat removal by omitting to plead necessary federal questions." Rivet, 522 U.S. at 475 (quoting Franchise Tax Bd. of Cal. v. Constr Laborers Vacation Trust for S. Cal. , 463 U.S. 1, 22 (1983)). Indeed, where "a court concludes that a plaintiff has 'artfully pleaded' claims in this fashion, it may uphold removal even though no federal question appears on the face of the plaintiffs complaint. " Id. The artfullv pleaded exception, however, applies only where federal law has completely preempted state law or when adjudication of the plaintiffs state-law claim necessarily turns on a substantial question of federal law. Dunlap, 381 F.3d at 1290.
19. Here, Plaintiffs merely sought a dispossessory warrant in the Magistrate Court of Fulton County against Defendant. This request is solely a matter of state law. The putative federal questions were raised in Defendant's notice of removal. But even if the U.S. Constitution or federal law affords an adequate defense or support a counterclaim, removal is improper. Federal defenses and counterclaims cannot create federal jurisdiction where, as here, the plaintiff seeks
20. 3

21. only state-law relief unless that relief has been completely preempted by federal law or depends on a substantial question of federal law. See Holmes Grp., Inc. v.
22. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). Neither exception applies here.
23. Defendant also cannot satisfy diversity jurisdiction as (1) he cannot demonstrate the amount in controversy is met; and (2) he is a Georgia citizen.

8

Non-Domestic Non-Subject I Non Resident Non Corporate

Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**          Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

> Citimortgage, Inc. v. Dhinoja, 705 F. Supp. 2d 1378, 1382 (N.D. Ga. 2010) ("a claim seeking only ejectment in a dispossessory action cannot be reduced to a monetary sum for purposes of determining the amount in controversv.");

24. Henderson v. Washington Nat. Ins. Co., 454 F.3d 1278, 1281 (11th Cir. 2006) ("When a defendant removes a case to federal court on diversity grounds, a court must remand the matter back to state court if any of the properly joined parties in interest are citizens of the state in which the suit was filed."); seealso 28 U.S.C. § 1332. Therefore, diversity jurisdiction is also not satisfied.
25. Therefore, the Clerk is DIRECTED to remand this case to the Magistrate Court of Fulton County, Georgia and CLOSE this case.  Leigh Martin May

26. IT IS SO ORDERED this 27th day of June, 2018

## Legal Claims

Example: **Clearfield Doctrine Supreme Court** Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363- 371 1942 Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942: "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation. As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made. And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes. This case is very important because it is a 1942 case that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. The private currency, the Federal Reserve Note, is still in use

All Law is contract therefore in order for any claim to be made the contract must be produced. For Magistrate Name to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

In so refusing to honor the Writ in the Nature of Discovery and denial of the Notice of Default Judgment. Magistrate Name has violated her oath of office to uphold the United States Constitution.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of*

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**               Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

*the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

As the small claims court is administrative **Fulton County Magistrate** Court does not have jurisdiction to listen to, hear arguments, presentation, or rational.

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially".* <u>Thompson v. Smith</u> *154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

As a Magistrate and officer of the court, refusal to honor the Writ in the Nature of Discover and Notice of Default Judgment is a violation of her oath of office.

As a Magistrate who should be well versed in law, **Fulton County Magistrate** Court knowingly committed fraud as she knowingly has been administering in a capacity which she does not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature

# RELIEF

**1. The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1)   I, Akaxsha Ali El Bey Ex ahmal-sherek:coaxum , demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2)   I, Akaxsha Ali El Bey Ex ahmal-sherek:coaxum , demand this United States Federal Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

3)   I, Akaxsha Ali El Bey Ex ahmal-sherek:coaxum, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

4)   I, Akaxsha Ali El Bey Ex ahmal-sherek:coaxum demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land)

Non-Domestic Non-Subject I Non Resident Non Corporate

Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**          Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, Akaxsha Ali El Bey Ex ahmal-sherek:coaxum do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

Respondent Cardinal Group Management
Westmar Student Lofts LLC
FULTON COUNTY MAGISTRATE COURT,
Professional Process Server Dane dwards

9) is being sued for $75,000,000 for compensatory damages and $75,000, 000 for punitive damages in its official capacity payable in lawful money.

Respondent Cardinal Group Management
Westmar Student Lofts LLC
FULTON COUNTY MAGISTRATE COURT,
Professional Process Server Dane dwards

10) is being sued for $75,000,000 for compensatory damages and $75,000,000 for punitive damages in his official capacity payable in lawful money.

Respondent Cardinal Group Management
Westmar Student Lofts LLC
FULTON COUNTY MAGISTRATE COURT,
Professional Process Server Dane dwards

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**    Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

11)     is being sued for $75,000,000 for compensatory damages and $75,000,000 for punitive damages in her official and private capacity payable in lawful money.

12) Respondent Cardinal Group Management
    Westmar Student Lofts LLC
    FULTON COUNTY MAGISTRATE COURT,
    Professional Process Server Dane dwards

is being sued for $75,000 ,000 for compensatory damages and $75,000,000 for punitive damages in his official and private capacity payable in lawful money.

13) Respondent Cardinal Group Management
    Westmar Student Lofts LLC
    FULTON COUNTY MAGISTRATE COURT,
    Professional Process Server Dane dwards

is being sued for $75,000,000 for compensatory damages and $75,000,000 for punitive damages in her official and private capacity payable in lawful money.

14) Respondent Cardinal Group Management
    Westmar Student Lofts LLC
    FULTON COUNTY MAGISTRATE COURT,
    Professional Process Server Dane dwards

is being sued for $75,000,000 for compensatory damages and $75,000,000 for punitive damages in her official and private capacity payable in lawful money.

15) Respondent Cardinal Group Management
    Westmar Student Lofts LLC
    FULTON COUNTY MAGISTRATE COURT,
    Professional Process Server Dane dwards

is being sued for $75,000,000 for compensatory damages and $75,000,000 for punitive damages in his official and private capacity payable in lawful money.

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

**This Legal Notice to Principal is a Legal Notice to Agent; and this Legal Notice to Agent is a Legal Notice to Principal.**

Presented for the Record in Good Faith,

By:

12

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141

**Ignorance Is No Excuse Book**  Trust/trustee#99-6093762 [U.S. Land Grant 923]

Protection of Rights and Immunities

Priority Exempt from Levy

Akaxsha Ali: Bey / Ex Rel: ahmal-sherek:coaxum

All Rights Reserved uCC 1-308/1=207/1-103.6

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this **11** day of **July**, 2018 = 1438 M.C.

I Am: _ahmal-sherek:coaxum_
Akaxsha Ali El Bey Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Atlanta Territory
[c/o 800 West Marietta Street N.W]
[Atlanta, Georgia [30318]]
Northwest Amexem

State of **Georgia** )
                    )ss.:
County of **Fulton** )

On the **11** day of **July** in the year **2018** before me, the undersigned notary public, personally appeared **ahmal. shrek. coaxum**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____ Notary Public

[Notary seal: DAVID J BOURQUE, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES MARCH 08, 2020]

13

Non-Domestic Non-Subject I Non Resident Non Corporate
Classified Truth A-I Freehold by Inheritance Diplomatic Immunity Registration NO. AA222141