IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARDINAL GROUP MANAGEMENT,    :
*et al.*,    :
   :
       Plaintiffs,    :
   :
v.    :       CIVIL ACTION NO.
   :       1:18-CV-3320-LMM-JKL
AHMAL COAXUM, *and all others*,    :
   :
   :
       Defendant.    :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [3]. No objections have been filed in response to the R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court. The Clerk is **DIRECTED** to remand this action to the Magistrate Court of Fulton County.

      **IT IS SO ORDERED** this 6th day of August, 2018.

 

**Leigh Martin May**
**United States District Judge**