# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

August 6, 2018

Clerk of Court
Magistrate Court of Fulton County
185 Central Ave., Room TG-100
Atlanta, GA 30303

> **Re:**   ***AKAXSHA ALI EL BEY v. CARDINAL GROUP***
> ***MANAGEMENT, et al,***
> **Your Case Number: 18ED078443**

Dear Clerk:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

Sincerely,

James N. Hatten
District Court Executive
 and Clerk of Court

By:  s/   Harry F. Martin
            Deputy Clerk

Enclosure